# EXHIBIT I

## INSTALLMENT NOTE

($28,434.40)                                                                                  January 24, 2014

  For Value Received, the undersigned promises to pay to the order of **Chicago Painters and Decorators Welfare Fund** the principal sum of ____Twenty-FiveThousand Seven Hundred Seventy-Two Dollars and 02/100 ($25,772.02) Dollars, payable in installments as follows:
One Thousand Dollars and 00/100 ($1,000.00) on the 1st day of each month beginning on the 1st day of February, 2014; One Thousand One Hundred Forty-Three Dollars and 10/100 ($1,143.10) on the 1st of each month beginning on the 1st day of March, 2014; and on the 1st of each month for twenty-two (22) months succeeding; and a final payment of One Thousand One Hundred Forty-Three Dollars and 10/100 ($1,143.10) on the 1st day of February, 2016, with interest on the balance of principal remaining from time to time unpaid at the rate of 10% per annum, payable on the due dates for installments of principal as aforesaid.

  All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. Payments of both principal and interest shall be delivered to Arnold and Kadjan, 203 N. LaSalle Street, Suite 1650, Chicago, Illinois 60601 or such other place as the legal holder hereof may from time to time in writing appoint.

  At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. **Any failure to pay current fringe benefits as they become due shall constitute a default of this Note.** In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

  The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

  The makers of this Note acknowledge the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income Security Act, 29 U.S.C. 1145.
For: February-December, 2013 reports, and liquidated damages

_____  _____
Lakeside Marble Restorations, Inc.,    John Cichy, Individually and d/b/a
by John Cichy, its president       Lakeside Restoration
5048-206, 1412 West Fulton, Chicago, IL 60607, (847)702-4443.