# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(k) RETIREMENT PLAN FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, | ) ) ) ) ) |
| Plaintiffs, | ) No. 14 C 3959 ) |
| v. | ) ) Judge Lefkow |
| JOHN CICHY, Individually and d/b/a LAKESIDE RESTORATIONS, LAKE SIDE RESTORATION, LAKESIDE MARBLE RESTORATIONS, LAKESIDE MARBLE RESTORATIONS, INC.; and LAKESIDE MARBLE RESTORATIONS, INC., a dissolved Illinois corporation, | ) ) ) ) Magistrate Judge Mason ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, PAUL M. EGAN, and ARNOLD AND KADJAN, move this Court to enter judgment in a sum certain in favor of Plaintiffs and against the Defendants. In support of their Motion, the Plaintiffs state as follows:

1.     This is an action to recover delinquent fringe benefit fund contributions.

2.     On September 24, 2014, Plaintiffs served the corporate Defendant by serving the State of Illinois, Secretary of State.

3.     On November 4, 2014, the individual defendant, JOHN CICHY, was served with the Summons and Complaint.

4.     The Court entered an order of default against all Defendants on December 18, 2014.

5.      According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the

Defendants owe $52,912.31 to Plaintiffs based on the findings of an audit for the period from

August 26, 2011 through October 31, 2015.  The amount consists of $51,174.81 in contributions,

$6,674.97 in liquidated damages,  and $1,737.50 in audit costs. The  employer also  owes  an

additional $1,937.61 in unpaid liquidated damages and $257.76 in  discrepancies,  which means

the total  amount owed  is $55,107.68. Of this amount, $5,067.36 is owed on Count I of the

Complaint, and  the balance of $50,040.32 on Count II  of  the Complaint.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.      Enter judgment in favor of Plaintiffs and against the Defendants in  the total

amount of $55,107.68, consisting of $5,067.36 on Count I and $50,040.32 on Count II. ( A copy

of a proposed order is attached as Exhibit 2, and is being sent via the Court's email system).

B.      Retain jurisdiction to enter judgment on all amounts found to be due and owing

on the audit, including contributions, liquidated damages, interest, and reasonable attorneys' fees

and costs.  (See proposed Order attached as Exhibit 1).

Respectfully submitted,

TRUSTEES OF THE DISTRICT COUNCIL et al,

S/    James R. Anderson
One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
PAUL M. EGAN
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415