IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(k) RETIREMENT PLAN FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, <br><br> Plaintiffs, <br> v. <br><br> JOHN CICHY, Individually and d/b/a LAKESIDE RESTORATIONS, LAKE SIDE RESTORATION, LAKESIDE MARBLE RESTORATIONS, LAKESIDE MARBLE RESTORATIONS, INC.; and LAKESIDE MARBLE RESTORATIONS, INC., a dissolved Illinois corporation, <br> Defendants. | No. 14 C 3959 <br><br> Judge Lefkow <br><br> Magistrate Judge Mason |

## JUDGMENT ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of Plaintiffs and against the Defendants John Cichy, individually and d/b/a Lakeside Restorations, Lakes Side Restoration, Lakeside Marble Restorations, Lakeside Marble Restorations Inc., and Lakeside Marble Restoration, Inc. a dissolved Illinois corporation in the amount of $55,107.68.

2. Of this amount, judgment in the amount of $5,067.36 is entered in favor of the Trustees of the District Council No. 14 Metal Polishers 401(k) Retirement Plan Fund on Count I of the Complaint for the audit period January 2014 through October 31, 2015, and $50,040.32 is entered in favor of the Plaintiffs; Trustees of the Chicago Painters and Decorators Welfare Fund on on Count II for the audit period August 26, 2011 through October 31, 2015.

Enter: _____
Hon. Joan Humphrey Lefkow

Date: MAY 1 8 2016

DONALD D. SCHWARTZ
JAMES R. ANDERSON
PAUL M. EGAN
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415